

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2014

No. 04-14-00036-CV

**IN THE INTEREST OF A.M.E.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00043
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

This is an accelerated appeal. The trial court clerk has filed a notification of late clerk's record, stating that the notice of appeal was filed but was not routed to the clerk to prepare the record. The notification states that the record will be completed by February 14, 2014. Because this is an accelerated appeal, we ORDER the trial court clerk to file the clerk's record on or before February 10, 2014. NO EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court